STATE of Missouri, Respondent,

v.

Gary S. LEWIS, Appellant.

No. WD 54455.

Missouri Court of Appeals,
Western District.

June 2, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court July 28, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOWARD, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Gary S. Lewis appeals his convictions of first degree robbery, § 569.020 RSMo 1994, and kidnapping, § 565.110 RSMo 1994.

Judgment affirmed. Rule 30.25(b).